IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

| | |
|---|---|
| UNITED STATES OF AMERICA | INFORMATION |
| v. | Case No. 23-cr-76-wmc |
| KENNETH HERRERA, | 18 U.S.C. § 48(a)(2) |
| | 18 U.S.C. § 48(b)(2) |
| Defendant. | 18 U.S.C. § 2 |

---

THE UNITED STATES CHARGES:

### COUNT 1

Between on or about December 28, 2021, and on or about December 30, 2021, in the Western District of Wisconsin and elsewhere, the defendant,

KENNETH HERRERA,

unlawfully and knowingly aided, abetted, counseled, commanded, induced, procured, and caused the creation of an animal crush video, namely, an obscene digital recording showing a juvenile macaque being subjected to serious bodily injury, using a means and facility of foreign commerce, and such video was transported into the United States.

(In violation of Title 18, United States Code, Section 48(a)(2) and (b)(2) and Section 2 (a) and (b).)

_____8/15/2023_____  
Date

_____[signature] for_____  
TIMOTHY M. O'SHEA
United States Attorney