# Criminal Case Cover Sheet – U.S. District Court

## Place of Offense:

City: Soldiers Grove, WI

County/Parish: Crawford County

## Related Case Information:

Superseding _____  Docket Number  23-cr-76-wmc

Same Defendant _____  New Defendant _____

Magistrate Judge Case Number  22-mj-8

Search Warrant Case Number _____

R 20 / R40 from District of _____

## Defendant information:

Matter to be Sealed _____ Yes _____ No

Def. Name: Kenneth Herrera

Alias Name:

City/State: Soldiers Grove, WI

Year of Birth: 1983          Last 4 digits of SSN _____

Sex: Male          Race: _____

## U.S. Attorney Information:

CHADWICK M. ELGERSMA          Bar #: _____

Interpreter: ✓ No _____ Yes     List language and/or dialect: _____

## Location Status:

Arrest Date: _____

_____ Already in Federal Custody as of: _____ in _____

_____ Already in State Custody

_____ On Pretrial Release

## U.S.C. Citations:

Total # of Counts: 1          _____ Petty          _____ Misdemeanor          ✓ Felony

_____ Class A

_____ Class B

_____ Class C

| | Index Key/Code | Description of Offense Charged | Counts(s) |
|---|---|---|---|
| Set 1 | 18 USC § 48(a)(2) | Animal Crushing | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |

Date: _____          Signature  /s/  CHADWICK M. ELGERSMA