AO 83 (Rev. 06/09)  Summons in a Criminal Case

# UNITED STATES DISTRICT COURT
for the

| United States of America | ) |
|---|---|
| v. | ) |
| Kenneth Herrera | ) |
| | ) |
| c/o Attorney Rick Coad | ) Case No. 23-cr-76-wmc |
| Coad Law Office, S.C. | ) |
| 10 E. Doty Street, Suite 513 | ) |
| Madison, Wisconsin 53703 | ) |
| *Defendant* | ) |

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☑ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of Court

| Place: | United States District Court<br>120 N. Henry St.<br>Madison, WI 53703 | Courtroom No.: | 250 |
|---|---|---|---|
| | | Date and Time: | Friday, 9/15/23 at 2:00 PM |

This offense is briefly described as follows:
Animal Crushing - 18 USC § 48(b)(2)

Date: 8/16/23

s/ J. Titak
*Issuing officer's signature*

J. Titak, Deputy Clerk
*Printed name and title*

I declare under penalty of perjury that I have:

☐ Executed and returned this summons         ☐ Returned this summons unexecuted

Date: _____

_____
*Server's signature*

_____
*Printed name and title*